IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SMITH,

    Petitioner,               No. 2:11-cv-2320 GEB KJN P

    vs.

SCOTT FRAKES, et al.,

    Respondents.        ORDER

_____/

        Petitioner filed an application to proceed in forma pauperis, to which he appended a copy of the bill for fees due for filing an appeal in the Ninth Circuit Court of Appeals. (Dkt. No. 37 at 15.) It appears that petitioner seeks leave to proceed in forma pauperis on appeal.

        By order filed May 10, 2012, respondents' motion to dismiss was granted because this action is barred by the statute of limitations. (Dkt. No. 29.) On July 2, 2012, the court found that petitioner was not entitled to a certificate of appealability because there was no showing that jurists of reason would find it debatable whether the petition was untimely filed. (Dkt. No. 33.) Therefore, petitioner's motion for leave to proceed in forma pauperis on appeal is denied because the dismissal of the petition is justified by a plain procedural bar, and jurists of reason would not find the procedural ruling debatable.

1       Accordingly, petitioner's request to proceed in forma pauperis on appeal (dkt. no. 37) is denied.

Dated: September 5, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge